# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BARRY COHEN, an Individual, and THE FASHION CENTER, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN ROOFING SERVICES, INC., NORTH AMERICAN ROOFING SYSTEMS, INC., COOLEY, INCORPORATED, COOLEY ROOFING SYSTEMS, INC. (A/K/A COOLEY BUILDING PRODUCTS and/or THE COOLEY GROUP) and DOES 1-10, inclusive,<br><br>Defendants. | 3:04CV39<br><br>ORDER EXTENDING MEDIATION DEADLINE |

Upon Motion of Plaintiffs, and for good cause shown, it is therefore **ORDERED** that this Court's Pretrial Order and Case Management Plan dated June 27, 2006 (Document #43) be revised as follows:

1. The mediation deadline is extended up to and including February 28, 2007.

**SO ORDERED.**

Signed: January 9, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge